Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545



*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAEL HANA,<br><br>    Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Civil Action No.: 20-cv-__536 (CCC)__<br><br>**ORDER** |

  **THIS MATTER** having been brought before the Court on the motion of Plaintiff for an Order returning seized property pursuant to Federal Rule of Criminal Procedure 41(g); and the Court having considered the submissions of the parties in support of and in opposition to the motion, and having heard the arguments of counsel; and for good cause having been shown:

  **IT IS ON THIS** _____ day of _____, 2020,

  **ORDERED** that Plaintiff's Motion for Return of Property pursuant to Federal Rule of Criminal Procedure 41(g) is hereby granted; and

  **FURTHER ORDERED** that the Defendant return to the Plaintiff his passport, jewelry, and cash within 2 business days of the date of this order; and

**FURTHER ORDERED** that the Defendant return the remainder of Plaintiff's property within ten days or such lesser period of time as will allow the Defendant to image or photocopy them.

Dated: January ____, 2020
       Newark, New Jersey

_____
                                 U.S.D.J.