Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545



*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WAEL HANA,<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Civil Action No.: 20-cv-536 (CCC) |

**DECLARATION OF SERVICE**

I, Lawrence S. Lustberg, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am an attorney-at-law in the State of New Jersey and am a member of the Bar of this Court. I am the Co-Chair of Commercial & Criminal Litigation at Gibbons P.C. and Director of the Firm's John. J. Gibbons Fellowship in Public Interest & Constitutional Law.

2. On January 14, 2020, I caused to be filed the Notice of Motion, Plaintiff's Brief in Support of its Motion for the Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), the Declaration of Lawrence S. Lustberg, dated January 14, 2020, the Declaration of Wael Hana, dated January 11, 2020, the proposed form of Order, and this Declaration of Service with

Clerk
United States District Court, District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

and served a copy on:

Geoffrey S. Berman
United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York  10007
(212) 637-2589

via  FedEx and Email.


Dated:  January 14, 2020
        Newark, New Jersey                                   _____
                                                             Lawrence S. Lustberg