## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAEL HANA,<br><br>             Plaintiff,<br><br>    -v-<br><br>UNITED STATES OF AMERICA<br><br>             Defendant. | Civil Action No.: 20-cv-00536 |

**PLEASE TAKE NOTICE** that Anne M. Collart, Esq. of Gibbons P.C., who is admitted to practice in this Court, hereby enters her appearance as counsel on behalf of plaintiff Wael Hana in the above-captioned matter.

Dated:  January 17, 2020

By: s/ Anne M. Collart
      Anne M. Collart, Esq.
      **GIBBONS P.C.**
      One Gateway Center
      Newark, New Jersey 07102
      Phone:  (973) 596-4737
      acollart@gibbonslaw.com
      *Attorneys for Plaintiff Wael Hana*