

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**BY ECF**
The Honorable Claire C. Cecchi
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

   Re: *Hana v. United States*, 20 Cv. 536 (CCC)

Dear Judge Cecchi:

   The Government respectfully writes to notify the Court that at approximately 9:30 a.m. this morning, agents from the Federal Bureau of Investigation (the "FBI") returned to the offices of Larry Lustberg, Esq., and Anne Collart, Esq., counsel to the Plaintiff, an external hard drive containing electronic images of those devices seized from the Plaintiff's home and office that the FBI had successfully accessed and imaged. The FBI further delivered a disc containing software that will enable the Plaintiff to view the data in the electronic device images.

            Respectfully submitted,
            GEOFFREY S. BERMAN
            United States Attorney

     By: /s/            
       Gillian Grossman / Jason Richman
       Assistant United States Attorneys
       (212) 637-2188 / 2589

cc: Larry Lustberg, Esq. and Anne Collart, Esq. (by ECF)